IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02251-WYD-KMT

SANDY RAKOTOVAO,

  Plaintiff,

v.

BUDGET CONTROL SERVICES, INC.,

  Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER is before the Court on Plaintiff's Motion to Dismiss With Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on November 18, 2013.  The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that all claims and causes of action asserted by Sandy Rakotovao against Budget Control Services, Inc. are **DISMISSED WITH PREJUDICE.**

Dated:  November 20, 2013.

                    BY THE COURT:


                    /s/ Wiley Y. Daniel
                    WILEY Y. DANIEL,
                    SENIOR UNITED STATES DISTRICT JUDGE